IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LLOYD MCKINNEY**                                                                                      **PLAINTIFF**

v.                              Case No. 4:24-cv-00880-KGB

**AMMUNITION OPERATIONS, LLC**
**d/b/a REMINGTON**                                                                                   **DEFENDANT**

## ORDER

Before the Court is a motion filed by counsel for plaintiff Lloyd McKinney to withdraw the appearance of Christopher Wesley Burks and Elizabeth Rogers as counsel of record for Mr. McKinney (Dkt. No. 10). Mr. Burks and Ms. Rogers represent that Punchwork Law has reached an impasse in communication with Mr. McKinney and that it is no longer in Mr. McKinney's best interest for the firm's representation to continue in this matter (*Id.*, ¶ 1). They represent that Mr. McKinney will continue to be represented in this case by other counsel of record (*Id.*, ¶ 2). For good cause shown, the Court grants the motion (*Id.*). The Court instructs the Clerk of Court to remove Mr. Burks and Ms. Rogers as counsel of record for Mr. McKinney.

It is so ordered this 2nd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge