## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LLOYD MCKINNEY,**                                              **PLAINTIFF,**

**v.**

                                              **CASE NO.: 4:24-CV-00880-KGB**

**AMMUNITION OPERATIONS, LLC**
**D/B/A REMINGTON,**                              **DEFENDANT.**

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Ammunition Operations, LLC d/b/a Remington ("Remington") seeks summary judgment on all of the claims in Plaintiff Lloyd McKinney's Complaint for the reasons stated in the Memorandum of Support and Statement of Undisputed Material Facts being filed contemporaneously. Accordingly, the Court should grant this Motion and dismiss Plaintiff's claims with prejudice.

DATED: July 18, 2025                Respectfully submitted,

**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
hpool@reedsmith.com

By /s/ *Paulo B. McKeeby*
    Paulo B. McKeeby (Tex. Bar No. 00784571)
    *Admitted Pro Hac Vice*

By:  /s/ *Hannah B. Pool*
    Hannah B. Pool (AR Bar No. 2020237)

**ATTORNEYS FOR DEFENDANT
AMMUNITION OPERATIONS LLC, d/b/a
REMINGTON AMMUNITION**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing was served via the Court's electronic filing system, on the 18th day of July 2025, upon the following attorney of record:

Johnson D. Ogles
Ogles Law Firm, P.A.
Post Office Box 891
Jacksonville, AR 72078
501-982-8339
Fax: 501-985-1403
Email: jogles@aol.com

/s/ *Hannah  B. Pool*
Hannah B. Pool

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**                                        **PAGE 2**