**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LLOYD MCKINNEY**                                                        **PLAINTIFF**

**v.**                           **Case No. 4:24-cv-00880-KGB**

**AMMUNITION OPERATIONS, LLC d/b/a
REMINGTON**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date by the Court, it is hereby considered, ordered, and adjudged that plaintiff Lloyd McKinney's complaint is dismissed with prejudice (Dkt. No. 1). The relief requested is denied.

It is so adjudged this 31st day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge